BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1952

**No. 56873.**—Cathay Crafts Corp. *v.* United States, protest 174888–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of brass silent butlers similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.